THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNITED STATES RUBBER COMPANY, Appellant, *v.* WALTER H. KNAPP et al., Constituting the State Tax Commission, Respondents.

(Submitted March 20, 1922; decided March 24, 1922.)

Motion to amend remittitur denied, with ten dollars costs.   (See 232 N. Y. 153.)

---

MAX GERTNER, Respondent, *v.* GLENS FALLS INSURANCE COMPANY OF GLENS FALLS, NEW YORK, Appellant.

*Insurance — when policy of fire insurance covers separate rear structure.*

Gertner v. Glens Falls Ins. Co., 193 App. Div. 836, affirmed.

(Argued March 7, 1922; decided April 18, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 26, 1920, affirming a judgment in favor of plaintiff entered upon a verdict.  The action was to recover upon a policy of fire insurance.  The policy was a standard form and described the place where the property insured was located as follows: " All while contained in (*sic*) on the building extensions and additions thereto situate No. 1135 East Tremont Avenue, N. Y. C."   The sole question in the case was whether the policy clearly and without ambiguity indicated that the insurance was limited to the frame building known as 1135 East Tremont avenue and facing on that avenue, or whether it included a frame structure in the rear thereof, within the meaning of the words " extensions and additions thereto."

*William C. Foster* for appellant.

*Abraham Lipton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur:  HOGAN, CARDOZO, POUND and CRANE, JJ. Dissenting:  HISCOCK, Ch. J., McLAUGHLIN and ANDREWS, JJ.